# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

-vs-　　　　　　　　　　　　　　　　　　　　Case Number: **5:02-cr-18-Oc-10GRJ**

**JEROMONICK LUTHER**

　　　　　　　　　　　　　　　　　　　　　　USM Number: **43067-018**

　　　　　　　　　　　　　　　　　　　　　　Rick Carey, FPD
　　　　　　　　　　　　　　　　　　　　　　201 SW Second Street, Suite 102
　　　　　　　　　　　　　　　　　　　　　　Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 2 through 24 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 2 | Possession of cocaine ~~with intent to sell~~ in violation of the conditions of supervised release | March 9, 2008 |
| 3 | Possession of marijuana, and possession of drug paraphernalia in violation of the conditions of supervised release | March 9, 2008 |
| 4 | Failure to submit written monthly report in violation of Condition 2 of the standard conditions of supervision | September 5, 2007 |
| 5 | Failure to submit written monthly report in violation of Condition 2 of the standard conditions of supervision | March 5, 2008 |
| 6 | Failure to answer truthfully in violation of Condition 3 of the standard conditions of supervision | November 13, 2007 |
| 7 | Failure to work regularly at a lawful occupation in violation of Condition 5 of the standard conditions of supervision | February 27, 2008 |
| 8 | Failure to notify ten days prior to any change in employment in violation of Condition 6 of the standard conditions of supervision | February 9, 2008 |
| 9 | Positive urinalysis for marijuana in violation of Condition 7 of the standard conditions of supervision | July 17, 2007 |
| 10 | Positive urinalysis for marijuana in violation of Condition 7 of the standard conditions of supervision | September 5, 2007 |
| 11 | Positive urinalysis for marijuana in violation of Condition 7 of the standard conditions of supervision | September 28, 2007 |
| 12 | Positive urinalysis for marijuana in violation of Condition 7 of the standard conditions of supervision | October 19, 2007 |

| | | |
|---|---|---|
| 13 | Positive urinalysis for marijuana in violation of Condition 7 of the standard conditions of supervision | November 13, 2007 |
| 14 | Failure to submit to urinalysis in violation of Condition 7 of the standard terms of supervision | February 25, 2008 |
| 15 | Failure to submit to urinalysis in violation of Condition 7 of the standard terms of supervision | March 3, 2008 |
| 16 | Positive urinalysis for cocaine in violation of Condition 7 of the standard conditions of supervision | March 5, 2008 |
| 17 | Possession of controlled substances in violation of Condition 7 of the standard conditions of supervision | March 9, 2008 |
| 18 | Possession of drug paraphernalia in violation of Condition 7 of the standard conditions of supervision | March 9, 2008 |
| 19 | Association with a person convicted of a felony in violation of Condition 9 of the standard conditions of supervision | November 13, 2007 |
| 20 | Association with a person convicted of a felony in violation of Condition 9 of the standard conditions of supervision | March 9, 2008 |
| 21 | Association with a person engaged in criminal activity in violation of Condition 9 of the standard conditions of supervision | November 3, 2007 |
| 22 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the standard conditions of supervision | March 12, 2008 |
| 23 | Failure to participate in drug aftercare treatment in violation of the special condition | March 10, 2008 |
| 24 | Failure to be employed at least 30 hours weekly in violation of the Special Condition | February 27, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions Violation in paragraph 1 and is discharged as to such violatio condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: October 23, 2008

_Marcia Morales Howard_
Marcia Morales Howard, United States District Judge
October 23rd, 2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 Months**.

The Court recommends to the Bureau of Prisons:

> That defendant be designated to FCC Coleman, Florida and participate in 500 hour drug treatment program or any other substance abuse program available during term of commitment

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                    UNITED STATES MARSHAL

                                  By:_____
                                        Deputy U.S. Marshal